## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**CAMERON ALLEN,**

CASE NO: **2:18–CV–00929–MCE–KJN**

v.

**CREDIT COLLECTION SERVICES, INC.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/18/2020**

                          **Keith Holland**
                          Clerk of Court

ENTERED:  **February 18, 2020**

                    by: /s/ K. Zignago
                          Deputy Clerk